■ DIANE MARTINEZ, Respondent, v CHARLES D. DUNKEL, Appellant. [913 NYS2d 604]—Appeal from an order of the Supreme

Court, Erie County (Kevin M. Dillon, J.), entered January 5, 2010. The order granted the motion of plaintiff to vacate an order of dismissal.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Green, Pine and Gorski, JJ.